

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DANIEL VALLES, | § | No. 08-23-00241-CR |
| Appellant, | § | Appeal from the |
| v. | § | 210th Judicial District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20190d04292) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF NOVEMBER 2024.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox, and Soto, JJ.